UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ABDOUL KARIMON DIALLO** | **CASE NO.  1:25-cv-02012 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DONALD J. TRUMP, ET AL** | **MAG. JUDGE PEREZ-MONTES** |

### ORDER TO SHOW CAUSE

In this habeas proceeding, the Court issued an Electronic Order (Doc. 23), directing the parties to submit a joint status report regarding Petitioner's eligibility for a bond hearing before an immigration judge in light of the final judgment issued in *Bautista v. Noem,* 5:25-cv-01873, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). The Court has reviewed the report (Doc. 27). It is the Petitioner's position that he is a member of the class certified in *Bautista* and therefore should be given a bond hearing. Respondents do not address Petitioner's class membership, instead, Respondents assert that the *Bautista* judgment is not binding on the parties. The report confirms that Petitioner has not been granted a bond hearing. Accordingly

**IT IS HEREBY ORDERED** that the Respondents shall file a brief (or motion for summary judgment as indicated in the report) within 14 days of this Order to Show Cause addressing the merits of the Habeas Petition. The Respondents' brief shall address whether they challenge Petitioner's class membership and explain under what authority this Court should ignore the judgment of another federal district court that purports to bind this Petitioner and Respondents' legal position for denying bond eligibility.

**IT IS FURTHER ORDERED** that Petitioner will have 7 days to file a reply brief.

**THUS DONE** in Chambers on this 9th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JERRY EDWARDS, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE