UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ABDOUL KARIMOU DIALLO,<br><br>                            *Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                            *Respondents*. | Civil Action No. 1:25-cv-2012<br><br>Judge Jerry Edwards, Jr.<br><br>Magistrate Judge Joseph H L Perez-Montes |

## **ORDER**

Upon consideration of Petitioner's Motion for Expedited Consideration, upon good cause shown, the motion is GRANTED.

Respondents shall file responsive pleadings to Petitioner's Motion for Release Pending Adjudication of Petitioner's Habeas Corpus Petition (ECF No. 29) within 7 days.

SO ORDERED on this, the ___20th___ day of ___January___, 2026

*[Signature]*

~~Judge Jerry Edwards, Jr.~~
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE