UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ABDOUL KARIMOU DIALLO,<br><br>    *Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Respondents*. | Civil Action No. 1:25-cv-2012<br><br>Judge Jerry Edwards, Jr.<br><br>Magistrate Judge Joseph H L Perez-Montes |

## **ORDER**

Upon consideration of Petitioner's Motion for Expedited Consideration (ECF No. 30), upon good cause shown, the motion is GRANTED.

Respondents shall file a response to Petitioner's Motion for Release Pending Adjudication of Petitioner's Habeas Corpus Petition (ECF No. 29) within 7 days, focusing on *Calley v. Callaway*, 496 F.2d 701 (5th Cir. 1974), *Sanchez v. Winfrey,* No. CIV.A.SA04CA0293 RFNN, 2004 WL 1118718 (W.D. Tex. Apr. 28, 2004), and *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001), and whether such "extraordinary circumstances" exist here.

SO ORDERED on this, the 20th day of January, 2026.

*/s/ Jerry Edwards, Jr.*
Jerry Edwards, Jr.
United States District Judge